In the Matter of the Judicial Settlement of the Account of Proceedings of PERCIVAL MCCENEY WERLICH, as Administrator with the Will Annexed of PERCIVAL JULIUS WERLICH, Deceased.

PERCIVAL MCCENEY WERLICH, as Administrator, etc., Appellant; LILLIE C. MARSHALL, as Administratrix, etc., of LUCY G. WERLICH, Deceased, and Others, Respondents.

First Department, January 14, 1921.

Appeal — record on appeal to Court of Appeals — original order not part of record where same has been resettled.

An order of the Appellate Division in its final form after resettlement is the only valid and effective expression of the decision of the court, and is the only order which forms or should form any part of the record on appeal to the Court of Appeals.

APPEAL by Percival McCeney Werlich, as administrator, from an order of the Surrogate's Court of the county of New York, entered in the office of the clerk of said court on the 1st day of November, 1920, directing the clerk thereof to certify certain papers as part of the record on appeal to the Court of Appeals.

*Douglas, Armitage & McCann*, attorneys [*Paul Armitage* of counsel], for the appellant.

*Lord, Day & Lord*, attorneys [*Howard Mansfield* of counsel; *George de Forest Lord* with him on the brief], for the respondents.

DOWLING, J.:

The sole question involved in this appeal is whether there should be included as part of the record on appeal to the

Court of Appeals from an order of reversal by this court, an original order which was subsequently resettled by this court. The original order was superseded and abrogated by the order in its resettled form and is without force or effect for any purpose whatever. The order in its final form is the only valid and effective expression of the decision of this court, and is the only one which forms, or should form, any part of the record on appeal.

The order appealed from is reversed, with ten dollars costs and disbursements, and the motion is denied, with ten dollars costs.

CLARKE, P. J., SMITH, PAGE and GREENBAUM, JJ., concur.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.